WALTER A. WOOD HARVESTER COMPANY v. MARTIN MARKUSON.[1]

February 5, 1895.

No. 8990.

Appeal by plaintiff from an order of the district court for Polk county, Ives, J., denying a new trial, after verdict for the defendant.

*John L. Townley* and *A. A. Miller*, for appellant.

*Montague & Bucklen*, for respondent.

PER CURIAM. This cause, involving the same question, must follow the decision in Wood Harvester Co. v. Ramberg, supra, p. 219, 61 N. W. 1132.

Order reversed.

[1] Reported in 61 N. W. 1134.